# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN DAMON PATTERSON,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, *et al.*,<br><br>Defendants. | Case No.: 1:22-cv-00138-BAM (PC)<br><br>ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS* AND MOTION FOR COURT TO PROCESS *IN FORMA PAUPERIS* APPLICATION AS MOOT<br><br>(ECF Nos. 11, 12) |

Plaintiff Bryan Damon Patterson ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil action pursuant to 42 U.S.C. § 1983. On February 23, 2022, the Court granted Plaintiff's application to proceed *in forma pauperis* in this action pursuant to 28 U.S.C. § 1915. (ECF No. 9.)

On March 14, 2022, Plaintiff filed a renewed motion to proceed *in forma pauperis*, together with a motion for the Court to process his *in forma pauperis* application. (ECF Nos. 11, 12.) The motions are dated February 27, 2022, and it appears that at the time they were mailed, Plaintiff had not yet received the Court's order granting his prior motion.

Accordingly, Plaintiff's March 14, 2020 motion to proceed *in forma pauperis*, (ECF No. 11), and motion for the Court to process his *in forma pauperis* application, (ECF No. 12), are HEREBY DENIED as moot.

IT IS SO ORDERED.

Dated: __March 14, 2022__         /s/ *Barbara A. McAuliffe*___
UNITED STATES MAGISTRATE JUDGE

1